1     The Honorable _____

2

3     ▌█▊█▌ ▐█▊▌ ▐█▌▐ █▌█▐▌ ▐▌▌█ ▐█▐▌ ▐▌▌ ▐▌▌

4     ▌ ▐█▌█▌ ▐▌ █▐▌█▐▌ ▐▌▐▌ ▐▌▐ ▐▌ ▐▌▌

5     **11-CV-05470-ORD**

6

7

8                UNITED STATES DISTRICT COURT
9               WESTERN DISTRICT OF WASHINGTON
                         AT TACOMA

10    HYDRO SYNTEC CHEMICALS, INC.,

11                        Plaintiff,        NO. CV11-5470 RBL

12        v.                                ORDER GRANTING
                                            TEMPORARY RESTRAINING
13    CHINOOK VENTURES, INC. d/b/a CHINOOK  ORDER AND ORDER TO SHOW
      VENTURES LV, a Nevada corporation;    CAUSE
14    MILLENNIUM BULK TERMINALS
      LONGVIEW, LLC, a Delaware corporation;
15    RITCHIE BROS. AUCTIONEERS (AMERICA),
      INC., a Washington corporation; COLIN TURK
16    ARMOUR; BARRY OLIVER; and JASON
      OLIVER,
17
                          Defendants.
18

19        THIS MATTER came before the Court on Plaintiff's Motion for a Temporary

20    Restraining Order and Preliminary Injunction and Order to Show Cause.

21        The Court considered the following:

22        1.     Plaintiff's Complaint for Damages and Injunctive Relief and exhibits thereto;

23        2.     Declaration of Stephen Horn and exhibits thereto;

24        3.     Declaration of George Mead with any attached exhibits; and

25        4.     Such other materials as have been submitted to the Court.

26        Based on the argument of counsel and the evidence presented, the Court finds that:

ORDER GRANTING TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE - 1



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

652613.01

1.      Plaintiff Hydro Syntec Chemicals, Inc. has a contract recorded on the real property which provides that Hydro Syntec and defendant Chinook Ventures shall have mutual obligations in continuing and operating a chemical storage facility at the Longview, Washington port. Hydro Syntec fully performed, but Chinook Ventures failed to perform.

2.      Plaintiff has demonstrated a substantial likelihood of success on the merits of its claims. Plaintiff has a recorded contract which provided constructive notice to defendant who also had actual notice of plaintiff's contract rights. Plaintiff has shown a substantial likelihood of success on the merits that the contract was breached.

3.      The threatened injury to plaintiff outweighs any potential harm to the defendants.

4.      The granting of this Order would not be adverse to the public's interest.

5.      Plaintiff has offered evidence that defendant Chinook Ventures, and its owners, are non-residents of Washington and there is a substantial likelihood of funds being transferred out of the state and country and evidence that plaintiff has been, and still is being damaged by the breaches of contract and fraud.

6.      Plaintiff has suffered, and is suffering, irreparable harm because of the damages it continues to incur and the fact that the funds will likely be removed from the country unless this Order is entered.

Based on the above findings, IT IS ORDERED that:

1.      Plaintiff's Motion for a Temporary Restraining Order is GRANTED. Defendants, their agents, servants, employees, attorneys, and all persons in active concert and participation with them are immediately enjoined from transferring any funds from any auction of Chinook Ventures or any of its owner's equipment and further enjoined from removing the equipment from the auction or from Ritchie Bros. Ritchie Bros. shall

ORDER GRANTING TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE - 2

652613.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

immediately deposit all net auction proceeds from the sale of any Chinook Ventures or its owner's equipment into the registry of the Court.

2.     Defendants shall preserve, protect, and maintain all hard copies and electronic data compilations, whether stored in computer memory, or otherwise, of all emails and other documents relating to this real property, relating to plaintiff's contract and relating to any contracts or negotiations between Chinook, the Olivers and Millennium.  Defendants shall further preserve, protect, and maintain all communications, whether written or electronic, between themselves and with plaintiff.

3.     Defendants shall appear before the Court on the __24th__ day of __June__; 2011, at __10__ a.m./p.m., or as soon thereafter as counsel can be heard, at the United States District Court, Union Station Courthouse, 1717 Pacific Avenue, Tacoma, Washington, and show cause why an Order granting preliminary injunction should not be entered pursuant to Fed. R. Civ. P. 65(a).                                                                                      RBL

4.     Plaintiff shall ~~not~~ be required to post ~~any~~ a bond at this time, in the amount of 20,000.

5.     Plaintiff Hydro Snytec shall be entitled to the followed expedited discovery pursuant to FRCP 26(d)(4):

- Defendant Chinook Ventures and Millennium Bulk Terminals Longview, LLC shall within 5 business days of this Order produce copies of the final executed version of the Agreement between the parties, as well as all drafts of the Agreement;

- Defendant Chinook Ventures shall identify within 5 business days of this Order all assets with a fair-market value over $10,000 that are currently within Washington state; and

- Defendant Chinook Ventures and Millennium Bulk Terminals shall be required to designate representatives to appear for a FRCP 30(b)(6) which notice

ORDER GRANTING TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE - 3

652613.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1  plaintiff shall email to defendants Chinook Ventures and Millennium within 3

2  days. The 30(b)(6) deposition shall be scheduled to convene within 10 days of

3  this Order in Seattle, Washington.

4  DATED this ___20___ day of ___June___, 2011, in Tacoma, Washington.

5

6  _____
   UNITED STATES DISTRICT JUDGE

7  Presented by:

8  THE MEAD LAW FIRM PC

9

10 By _____
   George W. Mead, WSBA #21879
   Co-Counsel for Plaintiff
11 1754 Willamette Falls Drive
   West Linn, OR 97068-4546
12 Telephone: (503) 636-3660
   Facsimile: (503) 636-2797
13 george@meadfirm.com

14 RYAN, SWANSON & CLEVELAND, PLLC

15

16 By _____
   Roger J. Kindley, WSBA #11875
   Gulliver A. Swenson, WSBA #35974
17 Co-Counsel for Plaintiff
   1201 Third Avenue, Suite 3400
18 Seattle, Washington 98101-3034
   Telephone: (206) 464-4224
19 Facsimile: (206) 583-0359
   kindley@ryanlaw.com
20 swenson@ryanlaw.com

21

22

23

24

25

26

ORDER GRANTING TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE - 4

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359