THE HONORABLE RONALD B. LEIGHTON

FILED ____ LODGED
____ RECEIVED

AUG 31 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HYDRO SYNTEC CHEMICALS, INC., a Colorado corporation,<br><br>Plaintiff,<br>v.<br><br>CHINOOK VENTURES, INC., a Nevada corporation; CHINOOK VENTURES, INC. dba CHINOOK VENTURES LV, a Nevada corporation; MILLENNIUM BULK TERMINALS LONGVIEW, LLC, a Delaware limited liability company; RITCHIE BROS AUCTIONEERS (AMERICA) INC., a Washington corporation,<br><br>Defendants. | NO. CV 11-05470 RBL<br><br>ORDER DENYING DEFENDANT CHINOOK VENTURES, INC.'S MOTION FOR PROTECTIVE ORDER |

THIS MATTER having come on regularly before this Court upon Defendant Chinook Ventures, Inc.'s Motion for Protective Order, the Court having reviewed the records and files herein, including Plaintiff Hydro Syntec Chemicals, Inc.'s Combined Motion to Strike and Opposition to Motion for Protective Order and Defendant Chinook Ventures, Inc.'s Reply in Support of Motion for Protective Order and Opposition to Plaintiff's Motion to Strike, having considered the arguments of counsel and being fully advised on the premises, it is hereby

ORDER - 1 of 2
(CV 11-05470 RBL)

1     **ORDERED** that Defendant Chinook Venture, Inc's Motion for Protective Order is hereby **DENIED**.

Dated this 31st day of August, 2011.

_____
THE HONORABLE RONALD B. LEIGHTON