

11-CV-05470-STIP

George W. Mead, WSB #21879
THE MEAD LAW FIRM, P.C.
1754 Willamette Falls Drive
West Linn, OR 97068
Telephone: (503) 656-4550
Facsimile: (866) 735-1534
E-mail: george@meadfirm.com

Of Attorneys for Plaintiff Hydro Syntec Chemicals, Inc.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HYDRO SYNTEC CHEMICALS, INC., a Colorado Corporation<br><br>Plaintiff,<br><br>v.<br><br>CHINOOK VENTURES, INC., a Nevada Corporation, CHINOOK VENTURES, INC. dba CHINOOK VENTURES LV, a Nevada corporation, MILLENNIUM BULK TERMINALS LONGVIEW, LLC, a Delaware limited liability company, RITCHIE BROS. AUCTIONEERS (AMERICA) INC., a Washington Corporation<br><br>Defendants. | Case No. CV11-5470 RBL<br><br>STIPULATED JUDGMENT OF DISMISSAL AS TO DEFENDANT MILLENNIUM BULK TERMINALS LONGVIEW, LLC ONLY WITHOUT PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES |

The Plaintiff claims against Defendant Millennium Bulk Terminals Longview, LLC only have been fully resolved. Accordingly, it is hereby ORDRED AND ADJUDGED that Defendant Millennium Bulk Terminals Longview, LLC is dismissed without prejudice and without costs or attorney fees to Plaintiff or to Defendant Millennium Bulk Terminals Longview, LLC.

Dated this 13 day of September, 2011.

_____
The Honorable Ronald B. Leighton
United States District Court Judge

Page 1 – STIPULATED JUDGMENT OF DISMISSAL AS TO DEFENDANT MILLENNIUM BULK TERMINALS LONGVIEW, LLC ONLY WITHOUT PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES

IT IS SO STIPULATED:

THE MEAD LAW FIRM, P.C.

_____
George W. Mead, WSB #21879
george@meadfirm.com
Telephone: (503) 656-4550
Facsimile: (866) 735-1534

Of Attorneys for Plaintiff Hydro Syntec, Inc.

MILLER NASH LLP

_____
Joseph Vance, WSB #25531
joseph.vance@millernash.com
Telephone: (360) 699-4771
Facsimile: (360) 694-6413
Of Attorney for Defendant Millennium Bulk Terminals Longview, LLC