THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HYDRO SYNTEC CHEMICALS, INC., a Colorado corporation,<br><br>                           Plaintiff,<br>v.<br><br>CHINOOK VENTURES, INC., a Nevada corporation; CHINOOK VENTURES, INC. dba CHINOOK VENTURES LV, a Nevada corporation; MILLENNIUM BULK TERMINALS LONGVIEW, LLC, a Delaware limited liability company; RITCHIE BROS AUCTIONEERS (AMERICA) INC., a Washington corporation,<br><br>                           Defendants. | NO.  CV 11-05470 RBL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND |

**THIS MATTER** is before the Court upon Plaintiff's Motion to Amend its Complaint and Join New Parties. [Dkt. #36]. Defendants oppose the Motion, arguing that the claims are baseless and/or premature, and that amendment would be futile.

Under Fed. R. Civ. P. 15, leave to amend shall be freely granted when justice so requires. *See Price v. Kramer,* 200 F.3d 1237, 1250 (9th Cir. 2000), cert. denied, 531 U.S. 816 (2000). The purpose of the rule is to encourage decisions on the merits rather than on the

precision (or imprecision, as the case may be) of the pleadings. *See Lopez v. Smith,* 203 F.3d 1122, 1127 (9th Cir. 2000).

In determining whether to grant leave to amend, district courts look to factors such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of the allowance of the amendment, futility of the amendment, etc." *Foman v. Davis* 371 U.S. 178, 182 (1962). Not all of these factors apply with equal force; "it is the consideration of prejudice to the opposing party that carries the greatest weight." *Eminence Capital LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003).

Defendants have not persuaded the court that any of these factors is present, or that any deficiencies in the Plaintiff's new claims should not be addressed on the merits. The Motion to Amend [Dkt. #36] is therefore GRANTED and Plaintiff shall file its Amended Complaint [Dkt. #37-1] within five days of the date of this Order.

**IT IS SO ORDERED**.

Dated this 23rd day of January, 2012.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE